**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Reynaldo FERNANDEZ–GASTELUM, Defendant–Appellant.**

**No. 07–10119.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Danny N. Roetzel, Tucson, AZ, for Plaintiff–Appellee.

Douglas R. Zanes, Esq., Doug Zanes & Associates, Tucson, AZ, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Reynaldo Fernandez–Gastelum appeals from his 37–month sentence imposed for

---

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

illegally reentering the United States following a prior deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Fernandez–Gastelum contends that his sentence is unreasonable because it does not adequately reflect the mitigating features of his case. We disagree. The district court carefully considered Fernandez–Gastelum's history and circumstances, addressed the statutory factors specified in 18 U.S.C. § 3553(a), properly applied the Sentencing Guidelines, and granted Fernandez–Gastelum a two-level downward departure before imposing a sentence at the bottom of the Guidelines range. We cannot conclude such a sentence is unreasonable. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied* 547 U.S. 1158, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.